## Sheriff, Appellant, v. Eisele.

Argued November 16, 1956. Before Stern, C. J., Jones, Bell, Chidsey and Musmanno, JJ.

*Herman L. Weary*, with him *F. Brewster Wickersham*, and *Weary, Hess & Humer*, for appellant.

*George F. Douglas, Jr.* and *J. Boyd Landis*, with them *Faller & Douglas* and *Landis & McIntosh*, for appellees.

OPINION PER CURIAM, December 29, 1956:

It will suffice to say that *Ebersole v. Beistline*, 368 Pa. 12, 82 A. 2d 11, and *Gayne v. Carey Mfg. Co.*, 385 Pa. 618, 123 A. 2d 432, are recent analogous cases which further support the able opinion of the lower Court and rule this case in favor of the defendants.

The Order is affirmed on the opinion of President Judge SHUGHART, which is reported in 7 D. & C. 2d 546.